DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUNIL SINGH,**
Appellant,

v.

**SHERENE MIRANDER,**
Appellee.

No. 4D19-3762

[September 17, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. FMCE 18-008442.

Lori Wurtzel of Wurtzel Law PLLC, Winter Park, for appellant.

Linda M. Jaffee of Linda Jaffee PA, Davie, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*